THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN GOLDBERG, PAULA COHEN, STELLA SILINSKY, YETTA EDELMAN, HENRIETTA LOEHMAN and IDA COHEN, Appellants.

Argued January 18, 1944; decided March 2, 1944.

*Lazarus Joseph, Irving L. Rollins, Charles L. Grad* and *Joseph Goldberg* for appellants.

*Frank S. Hogan, District Attorney (Ferdinand J. Wolf* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.